IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF SUSAN MYRA GELLER KIRWAN TO THE BAR OF MARYLAND

\* \* \* \* \* \*

IN THE

SUPREME COURT

OF MARYLAND

AG No. 16

September Term, 2024

## ORDER

Upon consideration of the verified petition for reinstatement, and Bar Counsel's consent to the petition for reinstatement, it is this 19th day of December 2024, by the Supreme Court of Maryland,

ORDERED that, subject to the conditions stated in the following two paragraphs, the petition is granted; and it is further

ORDERED that, pursuant to Maryland Rule 19-752(j)(8), as a condition of Petitioner's reinstatement and for a period of one year from the date of reinstatement, the Petitioner shall remain in a law firm setting and not act as a sole practitioner. The Petitioner shall promptly notify Bar Counsel in writing should her current employment change during that one-year period, and it is further

ORDERED that, pursuant to Rule 19-752(j)(10), as a condition of Petitioner's reinstatement and for a period of one year from the date of reinstatement, the Petitioner shall consult on a quarterly basis with a qualified mental health care provider, agreed to by

Bar Counsel, who shall provide to Bar Counsel proof of Petitioner's compliance and fitness, and it is further

ORDERED that, subject to the conditions stated above, the Clerk of the Court shall replace the name Susan Myra Geller Kirwan upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk